IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

SYLVESTER ANDREWS,

        Appellant,

 v.

        Case No. 5D21-3180
        LT Case No. 2003-1001-CF

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed August 9, 2022

3.800 Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge.

Sylvester Andrews, Lake City, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Bonnie Jean
Parrish, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

EISNAUGLE, TRAVER and NARDELLA, JJ., concur.